IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHARLOTTE FAYE FARR, ) | |
| ) | |
| ) | |
| v. ) | 3:10-1223 |
| ) | |
| MICHAEL J. ASTRUE, Commissioner of Social ) | |
|    Security ) | |

## O R D E R

     Before the Court is the Report and Recommendation of Magistrate Judge Griffin, Document #21, wherein she recommends the Plaintiff's Motion for Judgment on the Record, Document #14, be granted to the extent that this case be remanded to the Administrative Law Judge to develop the record. The Defendant has filed an objection thereto, Document #22, and the Plaintiff has filed a response, Document #23.

     The Court adopts Magistrate Judge Griffin's Report and Recommendation, Document #21. Plaintiff's Motion for Judgment on the Record, Document #14, is **GRANTED** to the extent that the case is remanded to the Administrative Law Judge to develop the record by referring the Plaintiff to an examining psychiatrist and/or to Dr. Chen to complete a psychological evaluation that aligns with the requirements of section B of Listing 12.04, such as a PRTF; by requesting that the examining psychiatrist and/or Dr. Chen identify specific factors that support their findings; and by requesting that Dr. Doineau provide specific support for her determination that the Plaintiff's ability to sustain concentration and pace was markedly limited.

     IT IS SO ORDERED.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge